IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BROTHERHOOD OF LOCOMOTIVE
ENGINEERS AND TRAINMEN,
a division of the Rail Conference of the
International Brotherhood of Teamsters,

JUDGMENT IN A CIVIL CASE

Petitioner,

Case No. 11-cv-484-bbc

v.

UNION PACIFIC RAILROAD CO.,

Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject of jurisdiction.

_____          _____
Peter Oppeneer, Clerk of Court                              2/15/12
                                                                          Date